IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Adam Walter #281572
_____   )
Full name and prison number         )
Of Plaintiff(s)                     )
                                    )
                                    )
v.                                  )
                                    )   CIVIL ACTION NO.
John Crow, Warden                   )   (To be supplied by Clerk of
_____   )   U.S. District Court)
Matthew Stone, CO-I                 )
_____   )   2:22-CV-64-WKW-JTA
Jane Doe, Captain                   )
_____   )
Lt. Lewis, et. Al.                  )
_____   )
                                    )
                                    )
_____   )
Name of person(s) who violated      )
Your constitutional rights.         )
(List the names of all              )
persons.)                           )

RECEIVED
2022 FEB -3  A 10:17

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I.  PREVIOUS LAWSUITS

    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?    YES ( )   NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?   YES ( )   NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s)  _____N/A_____

            Defendant(s) _____

        2.  Court )if federal court, name the district; if
            state court, name the county)  ___N/A___

1

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Limestone Corr. Facility_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Kilby Correctional Facility_

III. NAME AND ADDRESSES OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | John Crow | P.O. Box 150, Mt. Meigs, AL 36057 |
| 2. | Matthew Stone | P.O. Box 150, Mt. Meigs, AL 36057 |
| 3. | Jane Doe (Captain) | P.O. Box 150, Mt. Meigs AL 36057 |
| 4. | Lt. Lewis | P.O. Box 150, Mt. Meigs, AL 36057 |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _October 1, 2021_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _See attachment_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (state as best you can the time, place and manner and person involved)

GROUND TWO: _See attachment_

SUPPORTING FACTS:

GROUND THREE: _See attachment_

SUPPORTING FACTS:

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_See attachment_

X _____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  1-31-2022  .
(Date)

X _Adam Whitten_
Signature of plaintiff(s)

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

ADAM WALTER
    PLAINTIFF

2022 FEB -3 A 10: 18

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

V.                                        CIVIL ACTION NUMBER: 2:22-cv-64-WKW-JTA

JOHN CROW, WARDEN OF KILBY
CORRECTIONAL FACILITY, (ADOC)
MATTHEW STONE, CORRECTIONAL OFFICER,
JANE DOE, COTTRCTIONAL CAPTAIN, OF
KILBY CORRECTIONAL FACILITY,
LT. LEWIS, CORRECTIONAL SUPERVISOR,
INDIVIDUALLY AND IN THEIR OFFICIAL
CAPACITIES.

    DEFENDANT'S

## I. JURISDICTION & VENUE

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The Middle District of Alabama has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a) (3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 & 2202. Plaintiff claims for injunctive relief are authorized by 28 U.S.C. 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. Kilby Correctional Facility is the appropriate venue under 28 U.S.C. 1391 (b) (2) because it is where the events giving rise to this claim occured.

-1-

## II. PLAINTIFF

3. Adam Walter, is and was at all times mentioned herein a prisoner of the State of Alabama and is currently confined at Limestone Correction Facility.

## III. DEFENDANT'S

4. Defendant, Warden John Crow, is the warden of Kilby Correctional Facility he is legal responsible for the overall operation of Kilby Corr. Facility and the welfare of ALL inmates in the prison.

5. Matthew Stone, is a Correctional Officer at Kilby Correctional Facility who is mention at all times in this complaint, held the rank of Correctional Officer I and was assigned to Kilby Correctional Facility.

6. Lt. Lewis is a first shift Supervisor at Kilby Correctional Facility.

7. Jane Doe is a Correctional CAPTAIN at Kilby Correctional Facility.

8. Each defendant is sue individually and in his official capacity, at all mention in this complaint, each defendant acted under color of state law.

-2-

## III. FACTS

On October 1, 2021 while plaintiff was confined at the Kilby Correction Facility between the hours of 11:00am-12:00pm, as the plaintiff was existing the institution chow hall, Lt. Lewis, first shifr supervisor gave myself and several other inmates a direct order to report to the new training officer at the other door for a searched.

As plaintiff was about to approach the officers he came across CO-I, MATTHEW STONE, who has his gloves on indicating he was about to do a search, As plaintiff approach Officer Stone he stated get your "ASS" on the back walkway for a search, I then begin to turn to leave, as I was turning I informed Officer Stone I was given an order by Lt. Lewis to report to the new training officers for a search,Officer Stone, then push me several times in the chest without any warning,at this point we were at the institution snack line.

Officer Stone immediately pull his pepper spray and spray the plaintiff in the Eyes and lips, at this point Officer stone gave me an order to get on the ground.

plaintiff complied with the last giving order by Officer Stone and my hands was behind my back, after awaiting several mintinues to see why i had not been handcuff, I look around to see what was happening at this point Officer Stone was coming down onme with his knight stick by hitting me several times on my side in my rib area, after he intention assaulted me with his stick in violation of my 8th and 14th amendment right to the U.S. Constitution.

Officer Stone then place me in handcuff and he then snatch me from the ground up hard by the handcuff, at this point after I was lift from the ground Officer Stone THREATEN the plaintiff by stating you keep fucking with me, I will make sure you NEVER make parole, I then stated you can't do that.

At this point Lt. Lewis, Warden Jon Crow and Captain Jane Doe was then observing the incident, and failed in there duty to intervene in the assault by Officer Stone, the said defendants watch and failed to prevent plaintiff from beening assaulted by Officer stone in violation of plaintiff 8th and 14th amendment rights.

Plaintiff has suffer from unnecessary infliction of pain caused by the the assault of Officer Matthew Stone.

Plaintiff (hereinafter Adam Walter) has suffer mental and physcial abuse by officer Matthew stone. Officer Stone Stated to Lt. Lewis take the hand cuff from himand let me get him, However Plaintiff was escorted to the Health Care Unit by several supervisors to received a body chart and several pictures was taken by Lt. John Doe of the injury parts of plaintiff body.

Defendant (s) Jane Doe, Warden John Crow, Lt. Lewis exercise deliberate indifference to plaintiff health and safety by failing to protect him from the assault by Officer Matthew Stone which they observed. plaintiff suffer pain and mental injry at the hands of Officer Matthew Stone. Plaintiff substained multiple physcial injury including been sprayed with pepper spray, Plaintiff also uffer extreme emotion destress caused by the assault.

## CONCLUSION

Alabama Department of Corrections does not have a grievance procedure However Plaintiff inform the Investigation & Intelligence Divion of ADOC of the assault that took place and never heard back from the division of the incident.

## RELIEF SOUGHT

Plaintiff ask the court for $10,500 in actual damages against defendant Matthew Stone. and $10,000.00 against each defendant for punitive damages against each additional defendant.

Plaintiff request 8,000.00 for emotion destress against each defendant.

Plaintiff request Plaintiff request 1.00 in Nominal damages against each defendant.

Respectfully Submitted this 31st day of January 2022.

X _____

Plaintiff

Adam Walter

28779 Nick davis Road

Harvest, Alabama 35749

Adam Walter #281572 (B-77-17B)
28779 Nick Davis Rd
Harvest AL 35749

This Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communications

Legal Mail

U.S. District Court
Middle District of Alabama
One Church Street
Montgomery AL 36104